# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VICKIE ADAMS, as Independent Executrix of the Estate of JACK WILSON and Independent Executrix of the Estate of DELORIS WILSON, <br><br> Plaintiff/Counter-Defendant, <br><br> vs. <br><br> THOMAS PURVES and W.D. KERR & SONS, INC., a Pennsylvania Corporation, <br><br> Defendants/Counter-Claimants. | CIVIL NO. 10-55-GPM |

## JUDGMENT IN A CIVIL CASE

This action came on before the Court, Judge G. Patrick Murphy presiding, and the Court has rendered the following decision:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the action be dismissed on the merits, the parties to bear their own costs.

**DATED**: January 3, 2012

NANCY J. ROSENSTENGEL, CLERK

By:  /s/ Linda M. McGovern
            Deputy Clerk

APPROVED: /s/ G. Patrick Murphy
                    G. PATRICK MURPHY
                    U.S. DISTRICT JUDGE